■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNESTINE FOSTER, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, rendered May 11, 1959, convicting her of assault in the third degree (Penal Law, § 244), and sentencing her to a term of 90 days in the Workhouse. Execution of the sentence was suspended. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.